**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **DARRYL V. WILLIAMS**          :          **CHAPTER 13**
          **MARCYTA A. WILLIAMS**          :
          **Debtors**                                        :          **NO. 26-11812**

## ORDER

AND NOW, this    13th          day of    May          , 2026, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is

hereby ORDERED that the Debtors be granted an extension to **May 26, 2026** in which to file the

Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and two

months' income information.

_____
                                                                                              J.