United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11812-amc |
| Darryl V. Williams | Chapter 13 |
| Marcyta A. Williams | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 14, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Darryl V. Williams, Marcyta A. Williams, 1423 Fitzwatertown Road, Willow Grove, PA 19090-4312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2026 00:32:08 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MAGGIE S SOBOLESKI | on behalf of Creditor LOANDEPOT.COM LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| PAUL H. YOUNG | on behalf of Debtor Darryl V. Williams support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | |

District/off: 0313-2                          User: admin                                      Page 2 of 2

Date Rcvd: May 14, 2026                       Form ID: pdf900                                  Total Noticed: 2

on behalf of Joint Debtor Marcyta A. Williams support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: DARRYL V. WILLIAMS : CHAPTER 13
       MARCYTA A. WILLIAMS :
       **Debtors** : NO. 26-11812

## ORDER

AND NOW, this 13th day of May , 2026, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is

hereby ORDERED that the Debtors be granted an extension to **May 26, 2026** in which to file the

Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and two

months' income information.

_____
                                    J.