**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   **DARRYL V. WILLIAMS** | : | **CHAPTER 13** |
| **MARCYTA A. WILLIAMS** | : | |
| **Debtor(s)** | : | **BANKRUPTCY NO. 26-11812** |

**CERTIFICATE OF SERVICE**

I, Paul H. Young, Esquire, hereby certify, pursuant to the penalty of perjury, that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the original Plan by regular mail to the addresses indicated on the attached Matrix:

/s/Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: May 27, 2026

Trustee Scott Waterman

U.S. Trustee

Debtor

All Creditors on Matrix

Ally Financial, Inc
Attn: Bankruptcy
Po Box 380901
Bloomington, IL 55438

Ally Financial, Inc
P.o. Box 380901
Bloomington, MN 55438

Amex
CorrespondenceBankruptcy
Po Box 981535
El Paso, TX 79998

Amex
P.o. Box 981537
El Paso, TX 79998

Bank of America
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

Bank of America
Po Box 982238
El Paso, TX 79998

Bounce Ai Inc
2850 Clover Street
Pittsford, NY 14534

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Po Box 31293
Salt Lake City, UT 84131


Capitalone
Capital One, Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capitalone
Po Box 31293
Salt Lake City, UT 84131


Comenity Bank/Buckle
Attn: Bankruptcy
P.O.Box 182273
Columbus, OH 43218


Comenity Bank/Buckle
Po Box 182789
Columbus, OH 43218


Comenity Capital Bank/PayPal Credit
Attn: Bankruptcy
Po Box 182273
Columbus, OH 43218


Comenity Capital Bank/PayPal Credit
Po Box 182120
Columbus, OH 43219


FCI Lender Services, Inc
PO Box 27370
Anaheim, CA 92809-0112

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176


Goldman Sachs Bank USA
Lockbox 6112
Philadelphia, PA 19170


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377


Jefferson Capital Systems, Llc
200 14th Avenue East
Sartell, MN 56377


LoanDepot
Attn: Bankruptcy
P.O.Box 250009
Plano, TX 75025


LoanDepot
6561 Irvine Center Drive
Irvine, CA 92618


LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602

LVNV Funding LLC/Resurgent Capital Servi
C/o Resurgent Capital Services
Greenville, SC 29602


Plusfinance/cws
Attn: Bankruptcy
P.O.Box 9203
Old Bethpage, NY 11804


Plusfinance/cws
Po Box 9222
Old Bethpage, NY 11804


Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Care Credit
Po Box 71757
Philadelphia, PA 19176