# CERTIFICATION OF NO PAYMENT ADVICES FORM

**IN RE:**

                      :      **CHAPTER** __13__

                      :

                      :      **CASE NO.** __-___-bk-__26-11812__

**Marcyta Williams**  :

      **Debtor(s)**     :

## CERTIFICATION OF NO PAYMENT ADVICES

I, __**Darryl Williams**__ , hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), **from any source of employment.** I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☒ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I did not receive payment advices due to factors other than those listed above. (Please explain)

      I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: __4/28/26__

_____
Debtor

_____
Joint Debtor