# CERTIFICATION OF NO PAYMENT ADVICES FORM

IN RE:                                              :     CHAPTER __13__
                                                    :
                                                    :     CASE NO. __-___-bk- **26-11812**
                                                    :
        **Darryl Williams**    :
                                                    :
        Debtor(s)        :

## CERTIFICATION OF NO PAYMENT ADVICES

I, **Darryl Williams** ____, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), **from any source of employment. I further certify that I received no payment advices during** that period because:

☐   I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒   My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐   I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I did not receive payment advices due to factors other than those listed above. (Please explain)

     I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: __5/28/2026__        _Darryl V. Williams_
                                      Debtor