**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

DARRYL V. WILLIAMS
MARCYTA A. WILLIAMS
A/K/A MARCYTA A. EPPS
*Debtor*

WEST COAST 2022-5, LLC
*Movant*
vs.
DARRYL V. WILLIAMS
MARCYTA A. WILLIAMS
A/K/A MARCYTA A. EPPS,
*Debtor/Respondent*
SCOTT F. WATERMAN, Esquire,
*Trustee/Respondent*

Bankruptcy No. 26-11812-amc

Chapter 13

**OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN**

West Coast 2022-5, LLC ("Movant"), through its attorneys, Hladik, Onorato & Federman, LLP, objects to the confirmation of the Chapter 13 Plan (the "Plan") filed by Darryl V. Williams and Marcyta A. Williams ("Debtors"), as follows:

1.  As of the bankruptcy filing date of April 28, 2026, Movant holds a secured claim against the Debtors' property located at 1423 Fitzwatertown Road, Willow Grove, PA 19090 (the "Property").

2.  Movant is in the process of filing a Proof of Claim, which will be filed by the Proof of Claim Bar date of 07/07/2026. The estimated total of Movant's secured claim is $110,048.84, with estimated pre-petition arrears of $21,874.16.

3.  The Plan does not provide for the full repayment of Movant's pre-petition arrears.

4.  The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5.  The Plan violates 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6.  Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor(s) is not feasible. Movant requests that an Amended Chapter 13 Plan be filed, the bankruptcy case either be converted to a Chapter 7, or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtors' Chapter 13 Plan.

Date: June 26, 2026                                    HLADIK, ONORATO & FEDERMAN, LLP

BY:  /s/ Danielle Boyle-Ebersole
     Danielle Boyle-Ebersole, Esquire
     PA Attorney ID# 81747
     298 Wissahickon Avenue
     North Wales, PA 19454
     Phone: (215) 855-9521
     Email: dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

DARRYL V. WILLIAMS
MARCYTA A. WILLIAMS
A/K/A MARCYTA A. EPPS
          *Debtor*

WEST COAST 2022-5, LLC
          *Movant*
vs.
DARRYL V. WILLIAMS
MARCYTA A. WILLIAMS
A/K/A MARCYTA A. EPPS,
          *Debtor/Respondent*
SCOTT F. WATERMAN, Esquire,
          *Trustee/Respondent*

Bankruptcy No. 26-11812-amc

Chapter 13

### CERTIFICATE OF SERVICE OF OBJECTION TO CHAPTER 13 PLAN

I, the undersigned attorney, attorney for West Coast 2022-5, LLC, certify that a copy of the attached Objection to Chapter 13 Plan has been served upon the parties below, on the date set forth below:

Paul H. Young, Esquire
VIA CM/ECF NOTIFICATION
*Attorney for Debtors*

Scott F. Waterman, Esquire
VIA CM/ECF NOTIFICATION
*Chapter 13 Trustee*

Darryl V. Williams
Marcyta A. Williams
1423 Fitzwatertown Road
Willow Grove, PA 19090
VIA REGULAR CLASS MAIL
*Debtors*

Date: June 26, 2026

HLADIK, ONORATO & FEDERMAN, LLP

BY:  /s/ Danielle Boyle-Ebersole
     Danielle Boyle-Ebersole, Esquire
     PA Attorney ID# 81747
     298 Wissahickon Avenue
     North Wales, PA 19454
     Phone: (215) 855-9521
     Email: dboyle-ebersole@hoflawgroup.com