United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 26-11812-amc

Darryl V. Williams                                                                                 Chapter 13

Marcyta A. Williams

   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15152127 | + Email/Text: bknotification@loandepot.com | | |
| | | Jul 14 2026 01:44:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

DANIELLE BOYLE-EBERSOLE
                                  on behalf of Creditor West Coast 2022-5  LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

GARRETT M. WILSON
                                  on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com

MAGGIE S SOBOLESKI
                                  on behalf of Creditor LOANDEPOT.COM  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

PAUL H. YOUNG
                                  on behalf of Debtor Darryl V. Williams support@ymalaw.com
                                  ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                                  ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

District/off: 0313-2                    User: admin                              Page 2 of 2

Date Rcvd: Jul 13, 2026                 Form ID: trc                        Total Noticed: 1

PAUL H. YOUNG

    on behalf of Joint Debtor Marcyta A. Williams support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]

    ECFMail@ReadingCh13.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 26-11812-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Darryl V. Williams
1423 Fitzwatertown Road
Willow Grove PA 19090

Marcyta A. Williams
1423 Fitzwatertown Road
Willow Grove PA 19090

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/10/2026.

Name and Address of Alleged Transferor(s):

Claim No. 8: loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024

Name and Address of Transferee:

SELENE FINANCE, LP
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/15/26

Mohung Wong
**CLERK OF THE COURT**