**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Darryl V. Williams                    CHAPTER 13
          Marcyta A. Williams aka Marcyta

A. Epps                                       BKY. NO. 26-11812 AMC

                    Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of SELENE FINANCE, LP and index same on the master mailing list.

                  Respectfully submitted,

        /s/ *Maggie Soboleski*
        Maggie Soboleski
        21 Jul 2026, 09:40:58, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322