**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Darryl V. Williams                    CHAPTER 13
        Marcyta A. Williams aka Marcyta

A. Epps                                      BKY. NO. 26-11812 AMC

        Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of SELENE FINANCE, LP and index same on the master mailing list.

          Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
21 Jul 2026, 09:40:58, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 269a778d3e12f0f3bd0c55da2328ece6fb68165409f9759a7f91c4d92c64da7f