UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Darryl V. Williams<br>Marcyta A. Williams<br><br>Debtors | Chapter 13<br>Bankruptcy No.26-11812-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 28th day of August, 2026, by first class mail upon those listed below:

Darryl V. Williams
Marcyta A. Williams
1423 Fitzwatertown Road
Willow Grove, PA 19090

**Electronically via CM/ECF System Only:**

YOUNG MARR MALLIS & ASSOCIATES
C/O PAUL H YOUNG ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee