Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Darryl V. Williams
Marcyta A. Williams
1423 Fitzwatertown Road
Willow Grove, PA 19090

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-11812-AMC**

Petition Filed Date: 04/28/2026
341 Hearing Date: 06/05/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/16/2026 | $500.00 | | 06/29/2026 | $500.00 | | 07/29/2026 | $500.00 | |

**Total Receipts for the Period: $1,500.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $413.53 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $373.68 | $0.00 | $0.00 |
| 3 | BOUNCE AI INC<br>»» 003 | Unsecured Creditors | $4,514.19 | $0.00 | $0.00 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $4,203.95 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $5,147.56 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» 007 | Unsecured Creditors | $1,365.83 | $0.00 | $0.00 |
| 8 | SELENE FINANCE LP<br>»» 008 | Mortgage Arrears | $26,220.50 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $2,005.90 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,684.17 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $2,434.29 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $5,902.23 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $3,441.63 | $0.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $3,612.87 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-11812-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | ASHLEY FUNDING SVCS LLC<br>»» 015 | Unsecured Creditors | $45.97 | $0.00 | $0.00 |
| 16 | BANK OF AMERICA NA<br>»» 016 | Unsecured Creditors | $2,784.45 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $5,811.53 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $3,493.53 | $0.00 | $0.00 |
| 19 | JEFFERSON HEALTH<br>»» 019 | Unsecured Creditors | $3,527.79 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK BY AIS INFOSOURCE LP AS AGENT<br>»» 020 | Unsecured Creditors | $1,641.26 | $0.00 | $0.00 |
| 21 | FCI LENDER SERVICES INC<br>»» 021 | Mortgage Arrears | $21,874.16 | $0.00 | $0.00 |
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $2,700.00 | $0.00 | $2,700.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $115.50 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $1,384.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.